UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATIE BIRON,<br><br>Plaintiff(s),<br><br>v.<br><br>AMARA,<br><br>Defendant(s). | CASE NO. 2:25−cv−02526−BJR<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Barbara J. Rothstein, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02526−BJR and bear the Judge's name in the upper right hand corner of the document.

DATED December 22, 2025

                                Ravi Subramanian
                                Clerk of Court

                                By: /s/ Kelly A Miller
                                           Deputy Clerk