# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| KATIE BIRON., | CASE NO. 2:25-cv-02526-BJR |
|---|---|
| Plaintiff, | CASE SCHEDULING ORDER |
| v. | |
| AMARA, | |
| Defendant. | |

| | |
|---|---|
| Deadline for joining additional parties | May 4, 2026 |
| Deadline for filing amended pleadings | May 18, 2026 |
| Fact Discovery completed by | November 20, 2026 |
| Reports from expert witness under FRCP 26(a)(2) due | December 18, 2026 |
| Rebuttal Reports from expert witness under FRCP 26(a)(2) due | January 22, 2027 |
| Expert Discovery completed by | February 12, 2027 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | February 26, 2027 |
| All dispositive motions must be filed by | March 26, 2027 |

CASE SCHEDULING ORDER - 1

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

The Court notes that the parties have indicated they will be prepared to commence a jury trial after September 15, 2027 and currently estimate the trial will be 2-4 days. If this case is not resolved by settlement or after dispositive motions, the Court will enter a separate order pertaining to pretrial and trial dates.

**SO ORDERED**.

The 5th day of February 2026.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

CASE SCHEDULING ORDER - 2