The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATIE BIRON, a Washington individual,<br><br>Plaintiff,<br><br>v.<br><br>AMARA, a Washington nonprofit organization,<br><br>Defendant. | Case No. 2:25-cv-02526-BJR<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUIRED] |

NOTICE OF APPEARANCE
[NO. 2:25-CV-02526-BJR]

TO:            CLERK OF THE COURT

AND TO:      ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jonathan Ng of Seyfarth Shaw LLP hereby appears in the above-captioned action as counsel of record for Plaintiff Katie Biron ("Plaintiff").  Plaintiff does not waive any objections as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorney.

Service of all further pleadings, notices, documents or other papers in this matter, exclusive of original process, may be had upon Plaintiff by serving the undersigned attorney of record at the address stated below.

Respectfully submitted this 23rd day of June, 2026.

SEYFARTH SHAW LLP

By   *s/ Jonathan Ng*
     Jonathan Ng, WSBA No. 64583

     Matthew E. Moersfelder, WSBA No. 45620
     999 Third Avenue, Suite 4700
     Seattle, Washington 98104-4041
     Phone:  (206) 946-4910
     Email:  mmoersfelder@seyfarth.com
             jonathanng@seyfarth.com

     *Attorneys for Plaintiff Katie Biron*

NOTICE OF APPEARANCE – 1
[NO. 2:25-CV-02526-BJR]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910