The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATIE BIRON, a Washington individual,

        Plaintiff,

    v.

AMARA, a Washington nonprofit organization,

        Defendant.

Case No. 2:25-cv-02526-BJR

NOTICE OF WITHDRAWAL OF ATTORNEY

[CLERK'S ACTION REQUIRED]

NOTICE OF WITHDRAWAL OF ATTORNEY
[NO. 2:25-CV-02526-BJR]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

TO:            CLERK OF THE COURT

AND TO:      ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Byung-Hee Keum formerly of Seyfarth Shaw LLP hereby withdraws as counsel for Plaintiff Katie Biron ("Plaintiff") in the above-captioned case, effective immediately. Matthew E. Moersfelder, and Jonathan Ng of Seyfarth Shaw LLP will remain as counsel of record for Plaintiff.

Service of papers and pleadings in the instant action should continue to be made upon counsel for Plaintiff at the address below, until further notice.

Respectfully submitted this 23rd day of June, 2026.

SEYFARTH SHAW LLP

By *s/ Jonathan Ng*
　　Matthew E. Moersfelder, WSBA No. 45620
　　Jonathan Ng, WSBA No. 64583
　　999 Third Avenue, Suite 4700
　　Seattle, Washington 98104-4041
　　Phone:  (206) 946-4910
　　Email:  mmoersfelder@seyfarth.com
　　　　　　jonathanng@seyfarth.com

*Attorneys for Plaintiff Katie Biron*

NOTICE OF WITHDRAWAL OF ATTORNEY – 1
[NO. 2:25-CV-02526-BJR]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910